```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
    v.                         )    No. 4:05-CR-21 CEJ
                               )
ANTONIO DAVIS,                 )
                               )
        Defendant.             )
```

### ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Terry I. Adelman for determination and recommended disposition, where appropriate. On April 28, 2005, Judge Adelman issued a Memorandum and Recommendation with respect to the disposition of the motion filed by defendant Antonio Davis to suppress evidence and statements.

Section 636(b)(1) requires a district judge to make a de novo determination of the specified proposed findings and recommendations of a magistrate judge as to which objection is made. In the instant case, the defendant has filed only a general, non-specific objection to the Memorandum and Recommendation. Upon review, the Court finds no error in the magistrate judge's proposed findings and conclusions.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Terry I. Adelman is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant Antonio Davis to suppress evidence and statements [Doc. # 19] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 25th day of May, 2005.